IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 200

| TRANS SOLUTIONS-ASHEVILLE, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| HARTT TRANSPORTATION SYSTEMS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Ann-Patton Hornthal. The Motion indicates that Ms. Hornthal, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Michael B. Langford, who the Motion represents as being a member in good standing of the Bar of the State of Indiana. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** Michael B. Langford to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 28, 2019

W. Carleton Metcalf
United States Magistrate Judge